# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated,** ) ) ) | |
| *Plaintiff* ) ) | |
| v. ) | Civil Action No. 1:25-cv-06218-ELR |
| ) ) | |
| **AMERISAVE MORTGAGE CORPORATION** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Michelle D Armstrong, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to AmeriSave Mortgage Corporation in Fulton County, GA on November 7, 2025 at 4:07 pm at 1200 Altmore Ave, Ste 300, Atlanta, GA 30342-2498 by leaving the following documents with Toni Simon who as Intake Specialist is authorized by appointment or by law to receive service of process for AmeriSave Mortgage Corporation.

CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.9113716667,-84.350045
Photograph: See Exhibit 1


Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>DeKalb County</u>, <u>GA</u> on <u>11/7/2025</u>. | /s/ *Michelle D Armstrong* <br> Signature <br> Michelle D Armstrong <br> +1 (678) 447-4081 |



