# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, on behalf of herself and other similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>　　　　Defendant. | Civil Action File No.<br>1:25-cv-06218-ELR |

## NOTICE OF APPEARANCE

Raanon Gal of the law firm of Barnes & Thornburg LLP hereby enters his appearance on behalf of Defendant Amerisave Mortgage Corporation.

Respectfully submitted this the 24th day of November, 2025.

　　　　　　　　　　　　　　　　*/s/ Raanon Gal*
　　　　　　　　　　　　　　　　Raanon Gal
　　　　　　　　　　　　　　　　Georgia Bar No. 100281
　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　3340 Peachtree Road, N.E., Suite 2900
　　　　　　　　　　　　　　　　Atlanta, Georgia 30326-1092
　　　　　　　　　　　　　　　　Tel. (404) 264-4063 | Fax (404) 264-4033
　　　　　　　　　　　　　　　　rgal@btlaw.com

　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　*Amerisave Mortgage Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281