# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action File No.<br>1:25-cv-06218-ELR |

### JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW Defendant Amerisave Mortgage Corporation and Plaintiff Erin Wilson and move this Court for an extension of time for Defendant to file an Answer or other responsive pleading, showing the Court as follows:

1. The Plaintiff's Original Complaint [Doc. 1] was filed on October 30, 2025, asserting two counts against Defendant.

2. On November 7, 2025, Plaintiff served Defendant with the Complaint. Defendant's current deadline to answer or otherwise respond to the Complaint is November 28, 2025.

1

3.  The parties have conferred and agreed that Defendant shall have an additional 30 days, up to December 29, 2025, to answer or otherwise respond to the Complaint.

4.  This is the Parties' first request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

5.  The requested extension will not affect any of the other dates set in the case.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed order granting Defendant up to and including December 29, 2025 to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 24th day of November, 2025.

| | |
|---|---|
| By: *Anthony I. Paronich* <br> *[signed with express consent]* <br> Valerie L. Chinn <br> Georgia Bar No. 248468 <br> Chinn Law Firm, LLC <br> 245 N. Highland Ave, Suite 230 #7 <br> Atlanta, GA 30307 <br> Tel. 404.955.7732 \| Fax 404.745.8605 <br> vchinn@chinnlawfirm.com <br><br> Anthony I. Paronich (*Pro Hac Vice*) <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> Tel. 617.485.0018 <br> anthony@paronichlaw.com <br><br> *Attorneys for Plaintiff Erin Wilson* | By: *Raanon Gal* <br> Raanon Gal <br> Georgia Bar No. 100281 <br> Barnes & Thornburg LLP <br> 3340 Peachtree Road NE, Suite 2900 <br> Atlanta, GA 30326-1092 <br> Tel. 404.264.4063 \| Fax 404.264.4033 <br> RGal@btlaw.com <br><br> *Attorney for Defendant Amerisave Mortgage Corporation* |

2

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

Pursuant to L.R. 7.1(D), this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

This 24th day of November, 2025.

>*/s/ Raanon Gal*
>Raanon Gal
>Georgia Bar No. 100281

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281