## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ERIN WILSON, on behalf of herself
and other similarly situated,

      Plaintiff,

v.

AMERISAVE MORTGAGE
CORPORATION,

      Defendant.

Civil Action File No.
1:25-cv-06218-ELR

## JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW Defendant Amerisave Mortgage Corporation ("Defendant" or "Amerisave") and Plaintiff Erin Wilson ("Plaintiff") (together, the "Parties") and move this Court for an extension of time for Defendant to file an Answer or other responsive pleading, showing the Court as follows:

1.    The Plaintiff's Original Complaint [Doc. 1] was filed on October 30, 2025, asserting two counts against Defendant.

2.    On November 7, 2025, Plaintiff served Defendant with the Complaint. Defendant's original deadline to answer or otherwise respond to the Complaint was November 28, 2025, and was extended to December 29, 2025 per this Court's November 25, 2025 Order [Doc. 9].

1

3.    The Parties have been discussing potential resolution and believe that this short additional extension would be beneficial to those negotiations.

4.    The Parties have conferred and agreed that Defendant shall have an additional fourteen (14) days, up to January 12, 2026, to answer or otherwise respond to the Complaint.

5.    This is the Parties' second request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

6.    The requested extension will not affect any of the other dates set in the case.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed order granting Defendant up to and including January 12, 2026 to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 29th day of December, 2025.

/s/ Anthony I. Paronich
[signed with express consent]
Valerie L. Chinn
Georgia Bar No. 248468
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
Tel. 404.955.7732 | Fax 404.745.8605
vchinn@chinnlawfirm.com

Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

/s/ Raanon Gal
Raanon Gal
Georgia Bar No. 100281
Barnes & Thornburg LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326-1092
Tel. 404.264.4063 | Fax 404.264.4033
RGal@btlaw.com

*Attorney for Defendant Amerisave Mortgage Corporation*

Tel. 617.485.0018
anthony@paronichlaw.com

*Attorneys for Plaintiff Erin Wilson*

## <u>LOCAL RULE 7.1 COMPLIANCE CERTIFICATE</u>

Pursuant to L.R. 7.1(D), this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1(C).  The foregoing document was prepared using Times New Roman font in 14 point.

This 29th day of December, 2025.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of December, 2025, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281
