IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action File No.<br>1:25-cv-06218-ELR |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having read and considered the Parties' Joint Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint, and for good cause shown, this Court hereby GRANTS the Joint Stipulation for Extension of Time and ORDERS that Defendant shall have up to and including January 12, 2026, to file its answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this __ day of _____, 2026.

_____
Eleanor L. Ross, United States District Judge
Northern District of Georgia