# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action File No.<br>1:25-cv-06218-ELR |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Erin Wilson ("Plaintiff") and Defendant Amerisave Mortgage Corporation ("Defendant" or "Amerisave") (together, the "Parties") and hereby provide notice to the Court that they have reached a settlement in principle resolving all claims between them.

The Parties are in the process of finalizing and executing a written settlement agreement and completing the related obligations. Upon execution of the agreement and satisfaction of its terms, Plaintiff will file the appropriate dismissal as to Defendant Amerisave Mortgage Corporation. The Parties anticipate the filing of a dismissal within thirty (30) days.

Respectfully submitted this 12th day of January, 2026.

*/s/ Anthony I. Paronich*
*[signed with express consent]*
Valerie L. Chinn
Georgia Bar No. 248468
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
Tel. 404.955.7732 | Fax 404.745.8605
vchinn@chinnlawfirm.com

Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel. 617.485.0018
anthony@paronichlaw.com

*Attorneys for Plaintiff Erin Wilson*

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281
Barnes & Thornburg LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326-1092
Tel. 404.264.4063 | Fax 404.264.4033
RGal@btlaw.com

*Attorney for Defendant Amerisave Mortgage Corporation*

3

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

Pursuant to L.R. 7.1(D), this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1(C).  The foregoing document was prepared using Times New Roman font in 14 point.

This 12th day of January, 2026.

                                                    */s/ Raanon Gal*
                                                   Raanon Gal
                                                   Georgia Bar No. 100281

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2026, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281